MOLLIE MILLS *v.* COMMONWEALTH.

**Indictment—Lascivious Indulgence.**

> It is unnecessary to allege in an indictment for lascivious indulgence that the defendant procured evil disposed persons to meet together if she keeps a house for such purpose and permits such practices.

APPEAL FROM McCRACKEN CIRCUIT COURT.

January 9, 1872.

OPINION OF THE COURT BY JUDGE PETERS:

Every material fact necessary to constitute the offense charged is alleged in the indictment. It would be wholly unnecessary to allege that appellant *procured* evil disposed persons to meet together for lascivious indulgences, if she kept a house for

such purpose and permitted such practices therein she was guilty of the offense. Perceiving no valid objection to the indictment the demurrer to it was properly overruled, and the judgment must be *affirmed*.

*Bidwell, for appellant.*